PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2748
      E-Mail: michael.j.mullen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JUAN RIVERA ALATORRE,<br><br>Plaintiff,<br><br>vs.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: 1:23-cv-01686-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended fourteen (14) days from July 3, 2024, up to and including July 17, 2024. This is the Defendant's second request for an extension.

    The undersigned counsel for Defendant ("Counsel") makes this request in good faith and for good cause. Upon review of the record and Opening Brief, Counsel prepared a memorandum to the client exploring settlement options in this matter. To allow time for the client to respond to the memorandum and negotiate a possible settlement with Plaintiff, or draft a responsive brief, if necessary, I am requesting a 14-day extension, until July 17, 2024, to file Defendant's brief.

1  Although Counsel has worked diligently on this matter and other assigned cases, this extension is
2  necessary.
3      The parties further stipulate that the Court's Scheduling Order shall be modified
4  accordingly.

Respectfully submitted,

Dated: July 2, 2024     /s/ *Dollly M. Trompeter**
    DOLLY M. TROMPETER
    Attorney for Plaintiff
    (*signature authorized via e-mail July 2, 2024)

Dated: July 2, 2024     PHILLIP A. TALBERT
    United States Attorney
    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation, Office 7

By:     /s/ *Michael J. Mullen*
    MICHAEL J. MULLEN
    Special Assistant U.S. Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the parties' Stipulation (Doc. 19), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension of 14 days, to July 17, 2024, to file the Commissioner's responsive brief. Plaintiff shall have up to and including July 31, 2024, to file an optional reply.

IT IS SO ORDERED.

Dated: **July 3, 2024**     /s/ *Sheila K. Oberto*
    UNITED STATES MAGISTRATE JUDGE