**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| JOSE JUAN RIVERA ALATORRE,<br><br>  Plaintiff,<br><br>  v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>  Defendant. | No.   1:23-cv-01686-SKO<br><br>**ORDER ON STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)**<br><br>(Doc. 21) |

The parties, through their respective counsel, STIPULATE to the following matters. The Commissioner's final decision shall be reversed and remanded for further administrative proceedings before an Administrative Law Judge (ALJ). Upon remand, the Appeals Council will instruct the ALJ to offer the claimant the opportunity for a hearing, further consider the claimant's ability to do other work at step five of the sequential evaluation process, take any further action needed to complete the administrative record, and issue a new decision.

Remand shall be made under sentence four of 42 U.S.C. § 405(g). *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Plaintiff shall be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

Respectfully submitted,

Dated: July 17, 2024 /            s/ *Dolly M. Trompeter**
                                   DOLLY M. TROMPETER
                                   Attorney for Plaintiff
                                   (*signature authorized via e-mail July 17, 2024)

Dated: July 17, 2024              PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation, Office 7

                                   By: /s/ *Michael J. Mullen*
                                   MICHAEL J. MULLEN
                                   Special Assistant U.S. Attorney
                                   Attorneys for Defendant

## **ORDER**

Based upon the parties' foregoing Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 21), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand. The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall thereafter close this case.

IT IS SO ORDERED.

Dated:   **July 18, 2024**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE